UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JEROME YELDER**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**NORFOLK SOUTHERN RAILWAY COMPANY**,<br><br>　　　　Defendant. | 2:18-CV-10576-TGB |

## JUDGMENT

In accordance with the opinion and order issued on this date, **GRANTING** Defendants' Motion for Summary Judgment (ECF No. 24);

It is **ORDERED AND ADJUDGED** that the case be **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  March 6, 2020

　　　　　　　　　　　　　　　　　　DAVID J. WEAVER
　　　　　　　　　　　　　　　　　　CLERK OF THE COURT


　　　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE