# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 27, 2022

Mr. Joseph C. Devine
BakerHostetler
200 Civic Center Drive
Suite 1200
Columbus, OH 43215

Mr. Samuel Evert Endicott
BakerHostetler
200 Civic Center Drive
Suite 1200
Columbus, OH 43215

Mr. Jerome Yelder
18530 Mack Avenue
Suite 306
Grosse Pointe Farms, MI 48236

Re: Case No. 21-1141, *Jerome Yelder v. Norfolk Southern Railway Co.*
Originating Case No. 2:18-cv-10576

Dear Mr. Yelder and Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 21-1141

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JEROME YELDER

    Plaintiff - Appellant

v.

NORFOLK SOUTHERN RAILWAY COMPANY

    Defendant - Appellee

BEFORE: CLAY, Circuit Judge; ROGERS, Circuit Judge; STRANCH, Circuit Judge;

Upon consideration of the petition for rehearing filed by the Appellant,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

                                **ENTERED BY ORDER OF THE COURT**
                                Deborah S. Hunt, Clerk

Issued: September 27, 2022