# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 06, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 21-1141, *Jerome Yelder v. Norfolk Southern Railway Co.*
Originating Case No. : 2:18-cv-10576

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Austin D. Tyree
for Virginia Padgett, Case Manager

cc: Mr. Joseph C. Devine
Mr. Samuel Evert Endicott
Mr. Jerome Yelder

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1141

_____

Filed: October 06, 2022

JEROME YELDER

    Plaintiff - Appellant

v.

NORFOLK SOUTHERN RAILWAY COMPANY

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 08/12/2022 the mandate for this case hereby issues today.

 COSTS: None